In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-537 CV


____________________



JEFFERSON COUNTY, TEXAS, Appellant



V.



N & T CONSTRUCTION CO., INC., Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-172619






MEMORANDUM OPINION (1)


 The appellant, Jefferson County, filed a request to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered March 24, 2005

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.